UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JENNIFER CHURCHILL TRAPNELL,**

    Plaintiff,

v.                          Case No: 5:20-cv-83-Oc-PRL

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

# ORDER

This matter is before the Court on Plaintiff's unopposed motion to file a reply to Defendant's memorandum. (Doc. 20). Upon due consideration, Plaintiff's motion is **GRANTED**. Within fourteen days of this Order, Plaintiff may file a reply limited to five pages.

**DONE** and **ORDERED** in Ocala, Florida on October 29, 2020.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties